IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00138-RPM

ERIC KARR,

      Plaintiff,

v.

THE CITY AND COUNTY OF DENVER, a municipal corporation;
HSS, Inc., a Colorado Corporation;
MR. JOE, acting in his individual capacity as an employee of HSS, Inc.;
MRS. MONICA, acting in her individual capacity as an employee of HSS, Inc.,
SHERIFF DEPUTY BRADY LOVINGIER, in his individual capacity as a Denver County Sheriff;
OFFICER J HERRICK, in his individual capacity as a Denver Police Officer, and
DEPUTY SHERIFF LYNN;
DEPUTY SHERIFF K. MARTINEZ;
DEPUTY SHERIFF CLYNKE and
DEPUTY SHERIFF E. GIVENS, in their individual capacities as Denver County Sheriffs;

      Defendants.
_____

ORDER GRANTING UNOPPOSED MOTION TO AMEND CAPTION
_____

      After review of the Unopposed Motion to Amend Caption, filed September 6, 2012 [17], it is

      ORDERED that the motion is granted and the case caption is amended to correct spelling of the last name of defendant Deputy Sheriff Clynke as reflected in this Order.

      DATED: September 6th , 2012

                                  BY THE COURT:

                                  s/ Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior Judge