IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00138-RPM

ERIC KARR,

    Plaintiff,

v.

THE CITY AND COUNTY OF DENVER, a municipal corporation;
HSS, Inc., a Colorado Corporation;
MR. JOE, acting in his individual capacity as an employee of HSS, Inc.;
MRS. MONICA, acting in her individual capacity as an employee of HSS, Inc.,
SHERIFF DEPUTY BRADY LOVINGIER, in his individual capacity as a Denver County Sheriff;
OFFICER JOSHUA HERRICK, in his individual capacity as a Denver Police Officer, and
DEPUTY SHERIFF LYNN;
DEPUTY SHERIFF K. MARTINEZ;
DEPUTY SHERIFF CLYNCKE and
DEPUTY SHERIFF E. GIVENS, in their individual capacities as Denver County Sheriffs;

    Defendants.
_____

ORDER DISMISSING DEFENDANTS THE CITY AND COUNTY OF DENVER AND OFFICER JOSHUA HERRICK
_____

    Upon consideration of the motion to dismiss pursuant to Fed.R.Civ.P. 12(b)(6) filed by the defendant The City and County of Denver and Officer Joshua Herrick on September 28, 2012, [21] and the plaintiff's response, filed November 9, 2012, the plaintiff concedes that the allegations of the amended complaint are not sufficient to support liability of The City and County of Denver and agrees that it must be dismissed as a defendant.  With respect to the defendant Officer Herrick, the pertinent paragraphs of the amended complaint are paragraphs 30 through 33, alleging that he made the arrest of the plaintiff Eric Karr without probable cause. As noted in paragraph 43 of the amended complaint, the arrest and the criminal case were brought as a result of oral and/or written statements made by Defendants Joe, Monica, other deputy sheriffs and Defendant Lovingier.  The motion to dismiss correctly refers to the governing law under the fellow officer rule that permits a police officer to proceed on the basis of

statements made to him by other law enforcement officers.  The plaintiff has cited no authority that supports a determination that a police officer in Officer Herrick's position would know that under clearly established law he had no probable cause to arrest the plaintiff.  According, the doctrine of qualified immunity protects Officer Herrick from liability in this case.  It is therefore

ORDERED that this civil action is dismissed as to the Defendant The City and County of Denver and Officer Joshua Herrick.

DATED: November 9th, 2012

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge