IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00138-RPM

ERIC KARR,

      Plaintiff,

v.

THE CITY AND COUNTY OF DENVER, a municipal corporation;
HSS, Inc., a Colorado Corporation;
MR. JOE, acting in his individual capacity as an employee of HSS, Inc.;
MRS. MONICA, acting in her individual capacity as an employee of HSS, Inc.,
SHERIFF DEPUTY BRADY LOVINGIER, in his individual capacity as a Denver County Sheriff;
and DEPUTY SHERIFF LYNN;
DEPUTY SHERIFF K. MARTINEZ;
DEPUTY SHERIFF CLYNCKE and
DEPUTY SHERIFF E. GIVENS, in their individual capacities as Denver County Sheriffs;

      Defendants.
_____

ORDER MODIFYING SCHEDULING ORDER
_____

      Upon consideration of the motion to modify scheduling order to extend the time, to and including January 11, 2013, to amend the complaint and to extend the time, to and including January 15, 2013, to serve Defendant Joe Lonigro, it is

      ORDERED that the motion is granted.

      DATED: January 4, 2013

                    BY THE COURT:

                    s/Richard P. Matsch
                    _____
                    Richard P. Matsch, Senior Judge