IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00138-RPM

ERIC KARR,

    Plaintiff,

v.

HSS, Inc., a Colorado Corporation;
MR. JOE, acting in his individual capacity as an employee of HSS, Inc.;
MRS. MONICA, acting in her individual capacity as an employee of HSS, Inc.,
SHERIFF DEPUTY BRADY LOVINGIER, in his individual capacity as a Denver County Sheriff;
and DEPUTY SHERIFF LYNN;
DEPUTY SHERIFF K. MARTINEZ;
DEPUTY SHERIFF CLYNCKE and
DEPUTY SHERIFF E. GIVENS, in their individual capacities as Denver County Sheriffs;

    Defendants.
_____

ORDER GRANTING MOTION TO FILE SECOND AMENDED COMPLAINT
_____

    Upon consideration of the motion to File Second Amended Complaint [38] filed January 11, 3012, it is

    ORDERED that the motion is granted and the Second Amended Complaint attached thereto is accepted for filing.

    DATED: January 14, 2013

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior Judge