IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00138-RPM

ERIC KARR,

    Plaintiff,

v.

HSS, Inc., a Colorado Corporation;
JOE P. LONIGRO, acting in his individual capacity as an employee of HSS, Inc.;
SHERIFF DEPUTY BRADY LOVINGIER, in his individual capacity as a Denver County Sheriff;
DEPUTY SHERIFF ROBERT LYNN;
DEPUTY SHERIFF KEN MARTINEZ;
DEPUTY SHERIFF LORI CLYNCKE and
DEPUTY SHERIFF ERIC GIVENS, in their individual capacities as Denver County Sheriffs;

    Defendants.

_____

ORDER GRANTING HSS INC.'S UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER AS TO DISPOSITIVE MOTION DEADLINE
_____

    After review of HSS Inc.'s Unopposed Motion to Modify Scheduling Order as to Dispositive Motion Deadline, filed July 1, 2013 [53], it is

    ORDERED that the motion is granted and the dispositve motion deadline for HSS Inc. is extended to and including July 15, 2013.

    DATED: July 2nd , 2013

                          BY THE COURT:

                          s/Richard P. Matsch
                          _____
                          Richard P. Matsch, Senior Judge