IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00138-RPM

ERIC KARR,

      Plaintiff,

v.

HSS, Inc., a Colorado Corporation;
JOE P. LONIGRO, acting in his individual capacity as an employee of HSS, Inc.;
SHERIFF DEPUTY BRADY LOVINGIER, in his individual capacity as a Denver County Sheriff;
DEPUTY SHERIFF ROBERT LYNN;
DEPUTY SHERIFF KEN MARTINEZ;
DEPUTY SHERIFF LORI CLYNCKE and
DEPUTY SHERIFF ERIC GIVENS, in their individual capacities as Denver County Sheriffs;

      Defendants.
_____

## ORDER FOR DISMISSAL
_____

      Pursuant to the Joint Motion to Dismiss with Prejudice Deputy Sheriff Defendants [57] filed August 19, 2013, it is

      ORDERED that this action is dismissed with prejudice as to defendants Sheriff Deputy Brady Lovingier, Deputy Sheriff Robert Lynn, Deputy Sheriff Ken Martinez, Deputy Sheriff Lori Clyncke and Deputy Sheriff Eric Givens, each party to bear their own fees and costs.

      DATED:  August 20th, 2013

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior Judge