IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00138-RPM

ERIC KARR,

    Plaintiff,

v.

HSS, Inc., a Colorado Corporation, and
JOE P. LONIGRO acting in his individual capacity as an employee of HSS, Inc.,

    Defendants.

_____

**ORDER re: JOINT MOTION TO DISMISS THE CLAIMS AGAINST HSS INC. AND JOE LONIGRO WITH PREJUDICE**
_____

THIS MATTER, having come before this Court on Plaintiff Eric Karr and Defendants, HSS Inc. and Joe P. Lonigro's ("HSS Defendants") Joint Motion to Dismiss the Claims Against HSS Inc. and Joe Lonigro with Prejudice, and the Court, being fully advised in the premises, it is hereby ORDERED as follows:

1. The Joint Motion is GRANTED.

2. All Plaintiff's claims against the HSS Defendants are dismissed with prejudice with each party to pay their respective costs and attorney fees.

DATED this 10th day of September, 2013.

                BY THE COURT:

                s/Richard P. Matsch

                _____

                Richard P. Matsch, Senior District Judge